IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFECO INSURANCE, et al.,<br><br>    Defendants. | No. 2:20-CV-1731-KJM-DMC<br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil action. No timely oppositions to the pending motions to dismiss have been filed. While Plaintiff filed a response to Defendants' motions to dismiss on October 28, 2020, it is untimely because it was not filed at least 14 days prior to the noticed hearing date. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for November 4, 2020, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matters are submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

Dated: October 29, 2020

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE