IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES,<br><br>            Plaintiff,<br><br>       v.<br><br>SAFECO INSURANCE, et al.,<br><br>            Defendants. | No. 2:20-CV-1731-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The matter has been set for a scheduling conference on January 13, 2021. See ECF No. 2. On the Court's own motion, the scheduling conference is vacated pending resolution of Defendants' motions to dismiss and Plaintiff's motion for a more definite statement.

IT IS SO ORDERED.

Dated:  December 11, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1