Sharidan Stiles
2570 Harlan Drive
Redding, CA 96001
Phone: 530-339-1933

In Pro Per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES,<br><br>             Plaintiff,<br><br>   v.<br><br>SAFECO INSURANCE, a LIBERTY MUTUAL Company doing business as GENERAL INSURANCE COMPANY OF AMERICA; SELECT PORTFOLIO SERVICING, Inc., and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-01731-KJM-DMC<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE AS TO DEFENDANT SELECT PORTFOLIO SERVICING, INC. ONLY** |

## ORDER GRANTING STIPULATION TO DISMISS

The Court, having considered the Parties' Stipulation to Dismiss With Prejudice as to Defendant SELECT PORTFOLIO SERVICING, INC. only, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled case is dismissed, with prejudice, as to Defendant SELECT PORTFOLIO SERVICING, INC., only, pursuant to Federal Rules of Civil Procedure 41(a)(2), with each party to bear their own fees and costs.

IT IS HEREBY FURTHER ORDERED that the Court hereby retains jurisdiction to enforce the terms of the Parties' written settlement agreement, if necessary.

IT IS HEREBY FURTHER ORDERED that the Clerk of the Court shall terminate SELECT PORTFOLIO SERVICING, INC., as a defendant to this action.

IT IS HEREBY FURTHER ORDERED that the Clerk of the Court shall terminate SELECT PORTFOLIO SERVICING, INC.'s, motion to dismiss, ECF No. 9, as a pending motion.

Dated:  July 19, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE