UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARIDAN STILES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE, a LIBERTY MUTUAL COMPANY, doing business as GENERAL INSURANCE Company of North America,<br><br>　　　　　Defendant. | Case No. 2:20-cv-01731-KJM-DMC<br><br>**ORDER GRANTING STIPULATION FOR FILING SECOND AMENDED COMPLAINT AND FOR DISMISSAL OF SAFECO INSURANCE, WITHOUT PREJUDICE** |

Pursuant to the parties' Stipulation, and for good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff Sharidan Stiles' ("Plaintiff") shall file a Second Amended Complaint ("SAC") substituting a new party, General Insurance Company of America ("General"), in place and instead of Safeco Insurance;

**IT IS FURTHER ORDERED** that Plaintiff shall file her SAC on or before January 31, 2022;

**IT IS FURTHER ORDERED** that General's response to Plaintiff's SAC will be due on or before February 21, 2022;

**IT IS FURTHER ORDERED** that no response to the First Amended Complaint shall be required by Safeco Insurance;

**IT IS FURTHER ORDERED** that Safeco Insurance shall be dismissed from this action,

1 without prejudice, upon filing of the SAC; and

2 **IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs
3 directly related to this Stipulation and the dismissal of Safeco Insurance from this action, without
4 prejudice, and that all rights are reserved by the Parties.

5 **IT IS SO ORDERED.**

7 Dated: January 26, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE



4862-0514-5353.2

- 2 -

[PROPOSED] ORDER
CASE NO. 2:20-CV-01731-KJM-DMC