**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARIDAN STILES, | Case No. 2:20-cv-01731-KJM-DMC |
| Plaintiff, | **ORDER** |
| v. | |
| GENERAL INSURANCE COMPANY OF AMERICA, Does 1 through 20, | |
| Defendants. | |

Defendant General Insurance Company of America ("General") has requested that the personal appearance of its counsel at the Initial Scheduling Conference, scheduled for July 13, 2022, be excused and that telephonic or Zoom appearance be permitted.

Having considered General's request and good cause having been shown based on the distance between counsel's offices in Los Angeles and the courthouse in Redding, it is ORDERED that General's counsel is permitted to appear telephonically at the July 13, 2022, Scheduling Conference, such appearance to be arranged through CourtCall.

Dated:  June 24, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE