**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARIDAN STILES,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No. 2:20-CV-1731-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Plaintiff has requested that her counsel be permitted to appear telephonically for the scheduling conference set in this matter for July 13, 2022, at 10:00 a.m., before the undersigned in Redding, California. Good cause appearing therefor, Plaintiff's request is granted. Plaintiff's counsel shall arrange their telephonic appearance through CourtCall.

IT IS SO ORDERED.

Dated: July 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1